1

2

3

4

5

6                              **UNITED STATES DISTRICT COURT**

7                                    **DISTRICT OF NEVADA**

8    YOKO HOPPER,                                    2:06-CV-1366 JCM (PAL)

9                  Plaintiff,

                                                     Date:        N/A
10   v.                                              Time:        N/A

11
     B & R PROPERTY MANAGEMENT
12   CO., et al.,

13                  Defendants.

14

15                                          **ORDER**

16         Presently before the court is pro se plaintiff's second motion for reconsideration (Doc. # 81),

17   filed on May 29, 2008.  Defendants filed an opposition (Doc. # 82) on June 16, 2008.  Plaintiff filed

18   a reply (Doc. # 83) on July 1, 2008.

19         On March 31, 2008, the court granted defendants' motion for summary judgment on

20   plaintiff's claims under the Family Leave and Medical Act and the Americans with Disabilities Act.

21   (*See generally* Doc. # 73).  Thereafter, plaintiff filed a motion for reconsideration (Doc. # 76),

22   arguing that the court's decision to grant summary judgment was "manifestly unjust and

23   unconstitutional." (*See id.*, at 1:17–19).  The court denied plaintiff's motion for reconsideration.

24   (*See generally* Doc. # 79).

25         On May 29, 2008, plaintiff filed a second motion for reconsideration (Doc. # 81).  In that

26   motion, plaintiff argues that reconsideration is warranted "on the basis of Improper Reception of

27   Evidence and Newly Discovered Evidence." (*See id.*, at 1:22–2:5).

28

**James C. Mahan**
**U.S. District Judge**

1   The court will deny plaintiff's second motion.  As defendants correctly point out, the

2   evidence which is the basis of plaintiff's motion is not newly-discovered.  Furthermore, the evidence

3   referenced in plaintiff's second motion for reconsideration, even if newly-discovered, would not

4   change the court's decision to grant summary judgment in favor of defendants.

5   Additionally, the court finds that plaintiff's motions for reconsideration have been wholly

6   unsupported by any citations to authority or references to evidence, and continued filings of this

7   nature may subject her to sanctions by this court. Accordingly,

8   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's second motion

9   for reconsideration (Doc. # 81) be, and the same hereby is, DENIED.

10   DATED this 8th day of July, 2008.

11

12

13   _____

14   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**